MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
  jnadolenco@mayerbrown.com
NEIL M. SOLTMAN (SBN 67617)
  nsoltman@mayerbrown.com
MATTHEW H. MARMOLEJO (SBN 242964)
  mmarmolejo@mayerbrown.com
ANDREW Z. EDELSTEIN (SBN 218023)
  aedelstein@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE (*pro hac vice* to be submitted)
  JChase@herzfeld-rubin.com
MICHAEL B. GALLUB (*pro hac vice* to be submitted)
  MGallub@herzfeld-rubin.com
MARK A. WEISSMAN (*pro hac vice* to be submitted)
  MWeissman@herzfeld-rubin.com
125 Broad Street
New York, NY 10004
Telephone: (212) 471-8500
Facsimile:  (212) 344-3333

Attorneys for Defendant
Volkswagen Group of America, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD CARO and JOHN T. COATES, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>                        Defendant. | Case No. 3:15-CV-04653-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Magistrate Judge:      Joseph C. Spero<br><br>Complaint Filed:  October 7, 2015 |

1  Plaintiffs and Defendant Volkswagen Group of America, Inc. ("VWGoA"), by and
2  through their respective counsel, hereby stipulate as follows:

3  WHEREAS, Plaintiffs filed their putative Class Action Complaint in this Court on or
4  about October 7, 2015;

5  WHEREAS, Plaintiffs served VWGoA on October 9, 2015 and absent an extension,
6  VWGoA's responsive pleading would be due on or by October 30, 2015;

7  WHEREAS, a thirty-day extension to the Class Action Complaint falls on Sunday,
8  November 29, 2015, which results in the date for VWGoA's extended initial response to the
9  Class Action Complaint falling on Monday, November 30, 2015. *See* Fed. R. Civ. P. 6(a)(1)(C);
10 and

11 WHEREAS, the requested extension will not alter the date for any event or deadline
12 already fixed by Court order in this matter.

13 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
14 counsel for Plaintiffs and counsel for VWGoA, that:

15 1.  VWGoA shall have up to and including November 30, 2015 to answer, move,
16 plead or otherwise respond to the Class Action Complaint.

17 2.  The entering into of this Stipulation is not a waiver of any objection or defense
18 that VWGoA or any other party to this action might raise in any subsequent answer, motion,
19 pleading or response to the Class Action Complaint.

20 3.  This Stipulation is made without prejudice to the right of any or all parties to seek
21 a further extension of these or any other deadlines for good cause shown.

22 Pursuant to General Order No. 45, I, Matthew H. Marmolejo, attest that I obtained
23 concurrence in the filing of this document from the signatories.

24 ///
25 ///
26 ///
27 ///
28 ///

1  **IT IS SO STIPULATED.**

2  Dated: October 30, 2015                    MAYER BROWN LLP
                                              NEIL M. SOLTMAN
3                                             JOHN NADOLENCO
                                              MATTHEW H. MARMOLEJO
4                                             ANDREW Z. EDELSTEIN

5
                                              HERZFELD & RUBIN, P.C.
6                                             JEFFREY L. CHASE
                                              MICHAEL B. GALLUB
7                                             MARK A. WEISSMAN

8

9
                                              By:  s/ Matthew H. Marmolejo
10                                                   Matthew H. Marmolejo
                                              Attorneys for Defendant
11                                            Volkswagen Group of America, Inc.

12  Dated: October 30, 2015                   BERMAN DEVALERIO
                                              JOSEPH J. TABACCO, JR.
13                                            NICOLE LAVALLEE
                                              A. CHOWNING POPPLER
14                                            NORMAN BERMAN
                                              LESLIE STERN
15                                            NATHANIEL L. ORENSTEIN
                                              MARK DELANEY
16

17

18
                                              By:  s/ Nicole Lavallee
19                                                   Nicole Lavallee
                                              Attorneys for Plaintiffs
20

21  Dated: 11/2/15

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

2

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT; CASE NO. 3:15-CV-4653-JCS

718408524